CLOSED

# BANKRUPTCY DOCKET SHEET

**U.S. Bankruptcy Court**
**Western District of Washington (Tacoma)**
**Bankruptcy Petition #: 13-40188-BDL**

*Assigned to:* Brian D Lynch
Chapter 11
Voluntary
Asset
[Claims Register](#)

*Date filed:* 01/11/2013
*Date terminated:* 03/04/2013
*Debtor dismissed:* 02/08/2013
*341 meeting:* 02/12/2013

*Debtor disposition:* Dismissed for Other Reason

***Debtor***
**Premier NW Investment Hotels, LLC**
13023 NE Hwy 99, Suite 7
Vancouver, WA 98686
CLARK-WA
Tax ID / EIN: 91-1886758

represented by **John D Nellor**
J. D. Nellor, PC
Park Tower One
201 N.E. Park Plaza Drive, Suite 202
Vancouver, WA 98684
360-816-2241
Email: jd@nellorlaw.com

***US Trustee***
**United States Trustee**
700 Stewart St Ste 5103
Seattle, WA 98101
(206) 553-2000

represented by **Thomas A Buford**
700 Stewart St Ste 5103
Seattle, WA 98101
206-553-2000 Ext 229
Email: Thomas.A.Buford@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 01/11/2013 | 1 (43 pgs) | Chapter 11 Voluntary Petition. Filed by John D Nellor of J. D. Nellor, PC on behalf of Premier NW Investment Hotels, LLC (Nellor, John) (Entered: 01/11/2013 at 14:44:26) |

| | | |
|---|---|---|
| 01/11/2013 | | Receipt of filing fee for Chapter 11 Voluntary Petition (13-40188) [misc,1032] (1213.00). Receipt number 16884590. Fee amount $1213.00. (U.S. Treasury) (Entered: 01/11/2013 at 14:47:37) |
| 01/11/2013 | | Creditor matrix uploaded/added 53 creditor(s). (admin) (Entered: 01/11/2013 at 15:02:02) |
| 01/11/2013 | 2<br>(2 pgs) | Request for Special Notice /*Notice of Appearance*. Filed by Robert L Carlton on behalf of California Credit Union. (Carlton, Robert) (Entered: 01/11/2013 at 16:14:00) |
| 01/14/2013 | | Set Filings Due (Correcting Case Opening) . Schedules I and J (can be customized) due by 1/28/2013. (MRK) (Entered: 01/14/2013 at 08:27:22) |
| 01/14/2013 | 3<br>(1 pg) | Notice of Deficient Filing . (MRK) (Entered: 01/14/2013 at 08:27:41) |
| 01/14/2013 | 4<br>(1 pg) | Notice of Appearance Filed by Thomas A Buford on behalf of United States Trustee. (Buford, Thomas) (Entered: 01/14/2013 at 11:06:37) |
| 01/14/2013 | 5 | Meeting of Creditors Business Filed by United States Trustee. With 341(a) meeting to be held on 2/12/2013 at 04:00 PM at Vancouver Federal Building. (UST Staff - Scarberry, Kathryn) (Entered: 01/14/2013 at 11:10:51) |
| 01/14/2013 | 6<br>(3 pgs) | Notice of Appearance Filed by Tyler W Arnold on behalf of North Pacific Management. (Arnold, Tyler) (Entered: 01/14/2013 at 11:41:56) |
| 01/14/2013 | 7<br>(8 pgs) | Letter From Attorney to Judge: *Brian D. Lynch*. Filed by Robert L Carlton on behalf of California Credit Union. (Carlton, Robert) (Entered: 01/14/2013 at 12:00:55) |
| 01/14/2013 | 8<br>(2 pgs) | 341 Meeting of Creditors Notice Sent to BNC for Mailing . (MRK) (Entered: 01/14/2013 at 14:02:32) |
| 01/14/2013 | 9<br>(3 pgs) | Motion for Relief from Stay, with Notice of Hearing... Filed by Robert L Carlton on behalf of California Credit Union The Hearing date is *Special* set for 1/16/2013 at 10:00 AM at Judge Lynch's Courtroom I, Union Station. Response due by 1/9/2013. (Carlton, Robert) Modified on 1/15/2013 (Parham, Barbara). (Entered: 01/14/2013 at 15:37:26) |

| | | |
|---|---|---|
| 01/14/2013 | | Receipt of filing fee for Motion for Relief from Stay(13-40188-BDL) [motion,185] ( 176.00). Receipt number 16894841. Fee amount $ 176.00. (U.S. Treasury) (Entered: 01/14/2013 at 15:40:16) |
| 01/14/2013 | 10 (2 pgs) | Notice of Hearing (Related document(s)9 Motion for Relief from Stay). Filed by Robert L Carlton on behalf of California Credit Union. (Carlton, Robert) (Entered: 01/14/2013 at 15:42:23) |
| 01/14/2013 | 11 (2 pgs) | Motion to Shorten Time with Notice of Hearing... Filed by Robert L Carlton on behalf of California Credit Union The Hearing date is set for 1/16/2013 at 10:00 AM at Judge Lynch's Courtroom I, Union Station. Response due by 1/9/2013. (Carlton, Robert) Modified on 1/15/2013 (Parham, Barbara).Create relationship to document # 10 Notice of Hearing (Entered: 01/14/2013 at 15:46:16) |
| 01/14/2013 | 12 (3 pgs) | Declaration *of Robert L. Carlton In Support Of Motion to Shorten Time* (Related document(s)11 Motion to Shorten Time)... Filed by Robert L Carlton on behalf of California Credit Union. (Carlton, Robert) (Entered: 01/14/2013 at 15:49:03) |
| 01/14/2013 | 13 (2 pgs) | Proof of Service *Certificate of Service*. Filed by Robert L Carlton on behalf of California Credit Union. (Related document(s)9 Motion for Relief from Stay, 10 Hearing Notice, 11 Motion to Shorten Time, 12 Declaration). (Carlton, Robert) (Entered: 01/14/2013 at 16:32:18) |
| 01/14/2013 | 14 (6 pgs; 2 docs) | Motion to Shorten Time *For Hearing on Motion to Protect Receiver's Interests* with Notice of Hearing... Filed by Tyler W Arnold on behalf of North Pacific Management The Hearing date is set for *Filer Notified of Incorrect Time. Amended Notice Forthcoming* 1/16/2013 at 09:00 AM at Telephonically. Response due by 1/15/2013. (Attachments: # 1 Proposed Order re Motion to Shorten Time) (Arnold, Tyler) Modified on 1/15/2013 (Parham, Barbara). (Entered: 01/14/2013 at 18:07:09) |
| 01/14/2013 | 15 (12 pgs; 2 docs) | Motion *Motion for Protection of Receiver and Receivership Creditors Pursuant to 11 U.S.C. § 543* with Notice of Hearing. Proof of Service. Filed by Tyler W Arnold on behalf of North Pacific Management The Hearing date is set for *Filer Notified of Incorrect Hearing Time. Filer Notified* 1/16/2013 at 09:15 AM at Telephonically. Response due by 1/15/2013. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Order Granting Motion for Protection of Receiver and Receivership Creditors) (Arnold, Tyler) Modified on 1/15/2013 (Parham, Barbara). (Entered: 01/14/2013 at 18:15:11) |
| 01/14/2013 | 16 (31 pgs) | Declaration *Of David Lieberworth In Support of Motion for Protection of Receiver and Receivership Creditors* (Related document(s)15 Motion). Proof of Service. Filed by Tyler W Arnold on behalf of North Pacific Management. (Arnold, Tyler) (Entered: 01/14/2013 at 18:18:02) |
| 01/14/2013 | 17 (19 pgs) | Declaration *Of Donald Stanton In Support of Motion for Protection of Receiver and Receivership Creditors* (Related document(s)15 Motion). Proof of Service. Filed by Tyler W Arnold on behalf of North Pacific Management. (Arnold, Tyler) (Entered: 01/14/2013 at 18:19:25) |
| 01/14/2013 | 18 (3 pgs) | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Arnold, Tyler. Related document 14 (Entered: 01/14/2013 at 18:31:02) |
| 01/14/2013 | 19 (4 pgs) | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Arnold, Tyler. Related document 15 (Entered: 01/14/2013 at 18:31:02) |
| 01/14/2013 | 20 (3 pgs) | Notice of *Motion to Shorten Time* (Related document(s)14 Motion to Shorten Time). Filed by Tyler W Arnold on behalf of North Pacific Management. (Arnold, Tyler) *Filer Notified of Incorrect Hearing Time* Modified on 1/15/2013 (Parham, Barbara). (Entered: 01/14/2013 at 18:51:48) |
| 01/14/2013 | 21 (3 pgs) | Notice of *Expedited Motion for Protection of Receiver and Receivership Creditors Pursuant to § 543* (Related document(s)15 Motion). Filed by Tyler W Arnold on behalf of North Pacific Management. (Arnold, Tyler) *Filer Notified of Incorrect Hearing Time* Modified on 1/15/2013 (Entered: 01/14/2013 at 18:53:52) |
| 01/15/2013 | 22 (3 pgs) | Notice of Amended/Continued Hearing*Motion to Shorten Time* (Related document(s)14 Motion to Shorten Time). Filed by Tyler W Arnold on behalf of North Pacific Management. Continued Hearing scheduled for 1/16/2013 at 10:00 AM at Telephonically. Response due by 1/15/2013. (Arnold, Tyler) (Entered: 01/15/2013 at 09:41:57) |
| 01/15/2013 | 23 | Notice of Amended/Continued Hearing*of Expedited Hearing* |

4

|  | (3 pgs) | *on Motion to Protect Receiver's Interests* (Related document(s)15 Motion). Filed by Tyler W Arnold on behalf of North Pacific Management. Continued Hearing scheduled for 1/16/2013 at 10:00 AM at Telephonically. Response due by 1/15/2013. (Arnold, Tyler) (Entered: 01/15/2013 at 09:44:21) |
| --- | --- | --- |
| 01/15/2013 | 24 (64 pgs; 5 docs) | Letter From Attorney to Judge: *Brian D. Lynch*. Filed by Tyler W Arnold on behalf of North Pacific Management. (Related document(s)15 Motion). (Attachments: # 1 Pleading Motion to Protect Receiver and Creditors# 2 Pleading Declaration of David Lieberworth# 3 Pleading Declaration of Donald Stanton# 4 Proposed Order Granting Motion to Protect Receiver and Creditors) (Arnold, Tyler) (Entered: 01/15/2013 at 11:40:42) |
| 01/15/2013 | 25 (3 pgs) | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Carlton, Robert. Related document 9 (Entered: 01/15/2013 at 14:02:02) |
| 01/15/2013 | 26 (69 pgs) | Declaration *of Robert L. Carlton in Support of Motion for Relief from Stay* (Related document(s)9 Motion for Relief from Stay)... Filed by Robert L Carlton on behalf of California Credit Union. (Carlton, Robert) (Entered: 01/15/2013 at 16:04:15) |
| 01/15/2013 | 27 (9 pgs) | Debtor's Response to *Motion For Relief From Automatic Stay And Motion To Excuse Compliance With 11 USC §543* (Related document(s)9 Motion for Relief from Stay, 11 Motion to Shorten Time, 14 Motion to Shorten Time, 15 Motion)... Filed by John D Nellor of J. D. Nellor, PC on behalf of Premier NW Investment Hotels, LLC. (Nellor, John) (Entered: 01/15/2013 at 23:31:37) |
| 01/16/2013 | 28 (3 pgs) | Declaration *of Mike DeFrees* (Related document(s)9 Motion for Relief from Stay, 11 Motion to Shorten Time, 14 Motion to Shorten Time, 15 Motion)... Filed by John D Nellor of J. D. Nellor, PC on behalf of Premier NW Investment Hotels, LLC. (Nellor, John) (Entered: 01/16/2013 at 08:43:33) |
| 01/16/2013 | 29 (3 pgs) | Amended Declaration *of Mike Defrees* (Related document(s)9 Motion for Relief from Stay, 14 Motion to Shorten Time, 15 Motion)... Filed by John D Nellor of J. D. Nellor, PC on behalf of Premier NW Investment Hotels, LLC. (Nellor, John) (Entered: 01/16/2013 at 08:46:11) |
| 01/16/2013 | 30 | Submitted But Not Entered (Related document(s)14 Motion to |

| | | |
|---|---|---|
| | (3 pgs) | Shorten Time). (BKP) (Entered: 01/16/2013 at 11:43:34) |
| 01/16/2013 | 31<br>(4 pgs) | Submitted But Not Entered (Related document(s)15 Motion). (BKP) (Entered: 01/16/2013 at 11:44:28) |
| 01/16/2013 | 32<br>(3 pgs) | Submitted But Not Entered (Related document(s)9 Motion for Relief from Stay). (BKP) (Entered: 01/16/2013 at 11:45:05) |
| 01/16/2013 | 33<br>(5 pgs) | BNC Certificate of Mailing - Meeting of Creditors (Related document(s)8 341 Meeting of Creditors Sent to BNC for Mailing). Notice Date 01/16/2013. (Admin.) (Entered: 01/16/2013 at 22:03:04) |
| 01/16/2013 | 34<br>(3 pgs) | BNC Certificate of Notice (Related document(s)3 Notice of Deficient Filing). Notice Date 01/16/2013. (Admin.) (Entered: 01/16/2013 at 22:03:04) |
| 01/16/2013 | | Minutes. Hearing Held. Appearances: Mr. Carlton, Mr. Lieberworth, Mr. Buford, Mr. Nellor all appearing by telephone (related document(s): 9 , Motion to Excuse Compliance Granted in part & Motion for Relief from Stay filed by California Credit Union Continued Hearing scheduled for 01/30/2013 at 09:00 AM at Judge Lynch's Courtroom I, Union Station. (MS ) (Entered: 01/17/2013 at 11:47:28) |
| 01/16/2013 | | Minutes. Hearing Held. Appearances: Mr. Carlton, Mr. Lieberworth, Mr. Buford, Mr. Nellor all appearing by telephone(related document(s): 15 , Motion for Protection of Receiver and Receivership Creditors Pursuant to 11 U.S.C. 543 filed by Tyler W Arnold on behalf North Pacific Management. Granted in part. (MS ) (Entered: 01/17/2013 at 11:50:32) |
| 01/16/2013 | | Minutes. Hearing Held. (related document(s): 14 , Motion to Shorten time for Hearing on Motion to Protect Receiver's Interests filed by Tyler W Arnold. Motion granted. (MS ) (Entered: 01/17/2013 at 11:53:19) |
| 01/16/2013 | | Minutes. Hearing Held. : (related document(s): 11 , Motion to Shorten Time filed by Robert L Carlton on behalf of California Credit Union. Motion denied. (MS ) (Entered: 01/17/2013 at 11:58:45) |
| 01/18/2013 | 35<br>(2 pgs) | Request for Special Notice *and Notice of Appearance of State of Washington*. Filed by Zachary Mosner on behalf of Washington State Tax Agencies. (Mosner, Zachary) (Entered: |

6

| | | | |
|---|---|---|---|
| | | | 01/18/2013 at 14:27:35) |
| 01/18/2013 | | 36<br>(11 pgs) | Supplemental Motion for Relief from Stay, with Notice of Hearing... Filed by Robert L Carlton on behalf of California Credit Union The Hearing date is set for 1/30/2013 at 10:00 AM at Judge Lynch's Courtroom I, Union Station. Response due by 1/23/2013. (Carlton, Robert) Modified on 1/18/2013 (Parham, Barbara). *Missing Notice of Hearing and Proof of Service. Filer Notified* (Entered: 01/18/2013 at 15:04:54) |
| 01/18/2013 | | 37<br>(1 pg) | DOCKETED IN ERROR. FILER NOTIFIED. INCORRECT EVENT. ~~US Trustee's Motion to Dismiss Case for Debtors Abuse with Notice of Hearing... Filed by Robert L Carlton on behalf of California Credit Union The Hearing date is set for 1/30/2013 at 10:00 AM at Judge Lynch's Courtroom I, Union Station. Response due by 1/23/2013. (Carlton, Robert)~~ Modified on 1/18/2013 (Parham, Barbara). (Entered: 01/18/2013 at 15:16:23) |
| 01/18/2013 | | 38<br>(3 pgs) | DOCKETED IN ERROR. FILER NOTIFIED. INCORRECT EVENT. ~~US Trustee's Motion to Dismiss Case for Debtors Abuse with Notice of Hearing... Filed by Robert L Carlton on behalf of California Credit Union The Hearing date is set for 1/30/2013 at 10:00 AM at Judge Lynch's Courtroom I, Union Station. Response due by 1/23/2013. (Carlton, Robert)~~ Modified on 1/18/2013 (Parham, Barbara). (Entered: 01/18/2013 at 15:20:50) |
| 01/18/2013 | | 39<br>(3 pgs) | Motion to Dismiss Case for Debtors Abuse with Notice of Hearing... Filed by Robert L Carlton on behalf of California Credit Union The Hearing date is set for 1/30/2013 at 10:00 AM at Judge Lynch's Courtroom I, Union Station. Response due by 1/23/2013. (Carlton, Robert) (Entered: 01/18/2013 at 15:31:57) |
| 01/18/2013 | | 40<br>(1 pg) | Notice of Hearing (Related document(s)9 Motion for Relief from Stay, 36 Motion for Relief from Stay, 39 Motion to Dismiss Ch 7 11 12 9). Filed by Robert L Carlton on behalf of California Credit Union. (Carlton, Robert) (Entered: 01/18/2013 at 15:34:39) |
| 01/18/2013 | | 41<br>(11 pgs) | Declaration *of Bakulesh G. Patel* (Related document(s)36 Motion for Relief from Stay)... Filed by Robert L Carlton on behalf of California Credit Union. (Carlton, Robert) (Entered: 01/18/2013 at 16:16:19) |

| | | |
|---|---|---|
| 01/18/2013 | [42](#) (6 pgs) | DOCKETED IN ERROR, incorrect pdf attached, filer notified. ~~Application for Compensation *Re Supplemental Brief in Support of Payment of Receiver's Prepetition Attorneys' Fees as Administrative Expense*. with Notice of Hearing. Proof of Service. Filed by David Lieberworth on behalf of North Pacific Management The Hearing date is set for 1/30/2013 at 10:00 AM at Judge Lynch's Courtroom I, Union Station. Response due by 1/24/2013. (Lieberworth, David)~~ Modified on 1/22/2013 (Bray, Cheryl). (Entered: 01/18/2013 at 16:16:35) |
| 01/18/2013 | [43](#) (22 pgs) | Declaration *Supplemental Declaration of David Lieberworth* (Related document(s)[42](#) Application for Compensation). Proof of Service. Filed by David Lieberworth on behalf of North Pacific Management. (Lieberworth, David) (Entered: 01/18/2013 at 16:19:07) |
| 01/18/2013 | [44](#) (3 pgs) | Supplemental Filing of *Order Approving and Awarding The Receiver's Pre-Petition Fees and Costs*. Filed by David Lieberworth on behalf of North Pacific Management. (Related document(s)[42](#) Application for Compensation). (Lieberworth, David) (Entered: 01/18/2013 at 16:21:07) |
| 01/22/2013 | [45](#) (9 pgs; 2 docs) | Brief *Supplemental Brief in Support of Payment of Receiver's Prepetition Attorneys' Fees as Administrative Expenses*. Filed by David Lieberworth on behalf of North Pacific Management. (Related document(s)[42](#) Application for Compensation). (Attachments: # [1](#) Proposed Order Approving and Awarding The Receiver's Pre-Petition Fees and Costs) (Lieberworth, David) (Entered: 01/22/2013 at 16:08:23) |
| 01/22/2013 | [46](#) (7 pgs; 2 docs) | Motion for Proposed Use, Sale or Lease of Property *Re Approval of Sale Pursuant to 11 U.S.C. § 363* with Notice of Hearing. Proof of Service. Filed by David Lieberworth on behalf of North Pacific Management The Hearing date is set for 1/30/2013 at 10:00 AM at Judge Lynch's Courtroom I, Union Station. Response due by 1/24/2013. (Attachments: # [1](#) Proposed Order Granting Receiver's Motion for Approval of Sale) (Lieberworth, David) Corrected SD Code on 1/23/2013 (Parham, Barbara). (Entered: 01/22/2013 at 17:20:37) |
| 01/22/2013 | [47](#) (353 pgs; 5 docs) | Declaration *of David Lieberworth in Support of Motion to Sell Real Property* (Related document(s)[46](#) Motion for Proposed Use, Sale or Lease of Property). Proof of Service. Filed by David Lieberworth on behalf of North Pacific Management. |

8

|  |  |  |
|---|---|---|
|  |  | (Attachments: # [1](#) Exhibit A - C# [2](#) Exhibit D Part 1# [3](#) Exhibit D Part 2# [4](#) Exhibit E - I) (Lieberworth, David) (Entered: 01/22/2013 at 17:26:21) |
| 01/23/2013 | [48](#) (12 pgs) | Joinder in *Motion to Dismiss With Request For Sanctions* (Related document(s)[39](#) Motion to Dismiss Ch 7 11 12 9). Proof of Service. Filed by Zachary Mosner on behalf of Washington State Tax Agencies. (Mosner, Zachary) (Entered: 01/23/2013 at 11:51:20) |
| 01/24/2013 | [49](#) (1 pg) | Letter From Attorney to Judge: *Request Telephonic Appearance*. Filed by Zachary Mosner on behalf of Washington State Tax Agencies. (Related document(s)[39](#) Motion to Dismiss Ch 7 11 12 9, [48](#) Joinder). (Mosner, Zachary) (Entered: 01/24/2013 at 10:36:59) |
| 01/24/2013 | [50](#) (3 pgs) | Joinder in *Motion to Dismiss and for Sanctions* (Related document(s)[39](#) Motion to Dismiss Ch 7 11 12 9). Proof of Service. Filed by David Lieberworth on behalf of North Pacific Management. (Lieberworth, David) (Entered: 01/24/2013 at 16:31:37) |
| 01/24/2013 | [51](#) (6 pgs; 2 docs) | Motion to Shorten Time *on Receiver's Motion to Approve Sale* with Notice of Hearing. Proof of Service. Filed by David Lieberworth on behalf of North Pacific Management The Hearing date is set for 1/30/2013 at 10:00 AM at Judge Lynch's Courtroom I, Union Station. (Attachments: # [1](#) Proposed Order Shortening Time on Motion to Approve Sale) (Lieberworth, David) (Entered: 01/24/2013 at 16:35:43) |
| 01/24/2013 | [52](#) (3 pgs) | Notice of *Motion to Shorten Time* (Related document(s)[51](#) Motion to Shorten Time). Filed by David Lieberworth on behalf of North Pacific Management. (Lieberworth, David) (Entered: 01/24/2013 at 16:37:10) |
| 01/24/2013 | [53](#) (6 pgs) | Debtor's Response to *California Credit Unions Motions For Relief From The Auttomatic Stay and Motion To Dismiss* (Related document(s)[9](#) Motion for Relief from Stay, [36](#) Motion for Relief from Stay)... Filed by John D Nellor of J. D. Nellor, PC on behalf of Premier NW Investment Hotels, LLC. (Nellor, John) (Entered: 01/24/2013 at 17:08:12) |
| 01/24/2013 | [54](#) (2 pgs) | Debtor's Response to *Receiver's Motion To Pay Attorney Fees And Costs* (Related document(s)[42](#) Application for Compensation)... Filed by John D Nellor of J. D. Nellor, PC on behalf of Premier NW Investment Hotels, LLC. (Nellor, |

9

|  |  | John) (Entered: 01/24/2013 at 17:09:30) |
|---|---|---|
| 01/24/2013 | 55<br>(2 pgs) | Debtor's Response to *Receiver's Motion To Approve Sale* (Related document(s)46 Motion for Proposed Use, Sale or Lease of Property)... Filed by John D Nellor of J. D. Nellor, PC on behalf of Premier NW Investment Hotels, LLC. (Nellor, John) (Entered: 01/24/2013 at 17:10:40) |
| 01/25/2013 | 56<br>(6 pgs;<br>2 docs) | Application to Employ Garvey Schubert Barer as Attorneys for Receiver. Proof of Service. Filed by David Lieberworth on behalf of North Pacific Management The Hearing date is set for 1/30/2013 at 10:00 AM at Judge Lynch's Courtroom I, Union Station. Response due by 1/29/2013. (Attachments: # 1 Proposed Order Granting Ex-Parte Application to Employ Counsel for Receiver Nunc Pro Tunc) (Lieberworth, David) Modified on 1/28/2013 (Bray, Cheryl). (Entered: 01/25/2013 at 17:37:33) |
| 01/25/2013 | 57<br>(8 pgs) | Memorandum *Re Ex Parte Application to Employ counsel for Receiver Nunc Pro Tunc* (Related document(s)56 Application to Employ). Proof of Service. Filed by David Lieberworth on behalf of North Pacific Management. (Lieberworth, David) (Entered: 01/25/2013 at 17:40:04) |
| 01/25/2013 | 58<br>(4 pgs) | Declaration *of David Lieberworth In Support of Application to Employ Counsel for Receiver* (Related document(s)56 Application to Employ). Proof of Service. Filed by David Lieberworth on behalf of North Pacific Management. (Lieberworth, David) (Entered: 01/25/2013 at 17:41:49) |
| 01/25/2013 | 59<br>(3 pgs) | Notice of Hearing *Expedited Hearing on Motion for Approval of Application to Employ Counsel for Receiver* (Related document(s)56 Application to Employ). Filed by David Lieberworth on behalf of North Pacific Management. (Lieberworth, David) (Entered: 01/25/2013 at 17:43:23) |
| 01/25/2013 | 60<br>(7 pgs;<br>2 docs) | Motion to Shorten Time *on Motion to Approve Application to Employ Counsel for Receiver* with Notice of Hearing. Proof of Service. Filed by David Lieberworth on behalf of North Pacific Management The Hearing date is set for 1/30/2013 at 10:00 AM at Judge Lynch's Courtroom I, Union Station. (Attachments: # 1 Proposed Order Shortening Time for Hearing on Motion to Approve Application to Employ Counsel for Receiver) (Lieberworth, David) (Entered: 01/25/2013 at 17:46:26) |

| | | | |
|---|---|---|---|
| 01/28/2013 | 61 (17 pgs) | | Supplemental Filing of *Notice of Errata Re Declaration of David Lieberworth In Support of Motion to Sell Real Property*. Filed by Tyler W Arnold on behalf of North Pacific Management. (Related document(s)47 Declaration). (Arnold, Tyler) (Entered: 01/28/2013 at 15:01:14) |
| 01/28/2013 | 62 (5 pgs) | | Reply *In Support of Motion for Protection of Receiver and Payment of Prepetition Attorneys' Fees* (Related document(s)45 Brief). Proof of Service. Filed by Tyler W Arnold on behalf of North Pacific Management. (Arnold, Tyler) (Entered: 01/28/2013 at 16:04:25) |
| 01/28/2013 | 63 (11 pgs) | | Reply Declaration *of David Lieberworth In Support of Motion to Approve Receiver's Pre-Petition Attorneys' Fees* (Related document(s)45 Brief). Proof of Service. Filed by Tyler W Arnold on behalf of North Pacific Management. (Arnold, Tyler) (Entered: 01/28/2013 at 16:11:39) |
| 01/28/2013 | 64 (7 pgs) | | Omnibus Reply *In Support of Motion to Dismiss, Motion for Relief from Stay and Motion to Approve Sale* (Related document(s)46 Motion for Proposed Use, Sale or Lease of Property, 50 Joinder)... Filed by Tyler W Arnold on behalf of North Pacific Management. (Arnold, Tyler) (Entered: 01/28/2013 at 19:34:04) |
| 01/28/2013 | 65 (2 pgs) | | Transfer of Claim Filed by SJM Legacy Group LLC . Transferee: SJM Legacy Group LLC Transferor: ABC Enterprises Inc. *No Proof of Claim Filed. Filer Notified on 1/28/2013* (BKP) Docket Text Modified on 1/29/2013 (Parham, Barbara). (Entered: 01/29/2013 at 06:57:51) |
| 01/29/2013 | 66 (3 pgs) | | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Carlton, Robert. Related document 9 (Entered: 01/29/2013 at 16:02:02) |
| 01/29/2013 | 67 (2 pgs) | | Debtor's Response to *Motion To Shorten Time For Hearing On Application To Employ Counsel For Receiver* (Related document(s)56 Application to Employ, 60 Motion to Shorten Time)... Filed by John D Nellor of J. D. Nellor, PC on behalf of Premier NW Investment Hotels, LLC. (Nellor, John) (Entered: 01/29/2013 at 17:22:34) |
| 01/29/2013 | 68 (2 pgs) | | Debtor's Response to *Motion To Shorten Time For Hearing On Motion To Sell Property* (Related document(s)46 Motion for Proposed Use, Sale or Lease of Property, 51 Motion to Shorten Time)... Filed by John D Nellor of J. D. Nellor, PC on |

|  |  |  |
|---|---|---|
|  |  | behalf of Premier NW Investment Hotels, LLC. (Nellor, John) (Entered: 01/29/2013 at 17:24:15) |
| 01/29/2013 | 69 (3 pgs) | Declaration *of Ewan Rose* (Related document(s)9 Motion for Relief from Stay, 36 Motion for Relief from Stay, 39 Motion to Dismiss Ch 7 11 12 9, 46 Motion for Proposed Use, Sale or Lease of Property)... Filed by John D Nellor of J. D. Nellor, PC on behalf of Premier NW Investment Hotels, LLC. (Nellor, John) (Entered: 01/29/2013 at 17:26:05) |
| 01/29/2013 | 70 (25 pgs) | Declaration *of Michael Defrees* (Related document(s)9 Motion for Relief from Stay, 36 Motion for Relief from Stay, 39 Motion to Dismiss Ch 7 11 12 9, 46 Motion for Proposed Use, Sale or Lease of Property)... Filed by John D Nellor of J. D. Nellor, PC on behalf of Premier NW Investment Hotels, LLC. (Nellor, John) (Entered: 01/29/2013 at 17:27:54) |
| 01/30/2013 |  | Minutes. Hearing 46 , Motion for Proposed Use, Sale or Lease of Property Re Approval of Sale Pursuant to 11 U.S.C. 363, filed by David Lieberworth on behalf of North Pacific Management. Matter moot. Case dismissed. (MS ) (Entered: 01/30/2013 at 11:58:33) |
| 01/30/2013 |  | Minutes. Hearing Held. (related document(s): 36 , Supplemental Motion for Relief from Stay , filed by Robert L Carlton on behalf of California Credit Union. Matter moot case dismissed. (MS ) (Entered: 01/30/2013 at 11:59:50) |
| 01/30/2013 |  | Minutes. Hearing Held. (related document(s): 51 , Motion to Shorten Time on Receivers Motion to Approve Sale filed by David Lieberworth on behalf of North Pacific Management. Matter moot case dismissed. (MS ) (Entered: 01/30/2013 at 12:01:45) |
| 01/30/2013 |  | Minutes. Hearing Held. (related document(s): 56 , Application to Employ Garvey Schubert Barer as Attorneys for Receiver filed by David Lieberworth on behalf of North Pacific Management. Matter moot case dismissed. (MS ) (Entered: 01/30/2013 at 12:03:32) |
| 01/30/2013 |  | Minutes. Hearing Held. (related document(s): 60 , Motion to Shorten Time on Motion to Approve Application to Employ Counsel for Receiver filed by David Lieberworth on behalf of North Pacific Management. Matter moot case dismissed. (MS ) (Entered: 01/30/2013 at 12:06:49) |

| | | |
|---|---|---|
| 01/30/2013 | | Minutes. Hearing Held. Appearances:Mr. Nellor rep Debtor, Mr. Lieberworth rep North Pacific Management, Mr. Buford rep UST, Mr. Carlton rep California Credit Union, all present. Mr. Mosner rep Washington State Tax Agencies appearing by telephone. (related document(s): 39 , Motion to Dismiss Case for Debtors Abuse filed by Robert L Carlton on behalf of California Credit Union. Judge read ruling into the record. Case dismissed. Order to be submitted. (MS ) (Entered: 01/30/2013 at 12:13:43) |
| 01/30/2013 | | Audio CD Request. Hearing Date and Time: 01/30/13 at 10:00 am.. Contact: Kathy Moody, Sussman Shank LLP, 503-227-1111.... Filed by Robert L Carlton on behalf of California Credit Union. (Carlton, Robert) (Entered: 01/30/2013 at 16:23:11) |
| 01/30/2013 | | Receipt of filing fee for Audio CD Request(13-40188-BDL) [misc,1806] ( 30.00). Receipt number 16986685. Fee amount $ 30.00. (U.S. Treasury) (Entered: 01/30/2013 at 16:25:08) |
| 01/30/2013 | | Minutes. Hearing Not Held. No Appearances. (related document(s): 9 ,Motion for Relief from Stay, filed by Robert L Carlton on behalf of California Credit Union. Stipulated order entered. (MS ) (Entered: 02/05/2013 at 10:01:41) |
| 01/31/2013 | | Audio CD Request. Hearing Date and Time: 01/30/2013 Ruling. Other Info: Please mail CD to Ahearn & Associates, Inc., (Maple Valley).. Requested by: Robert Carlton, representing California Credit Union... (Transcriber - Wheeler, Shari) (Entered: 01/31/2013 at 12:05:59) |
| 02/01/2013 | 71 (3 pgs) | Stipulated ORDER Excusing Compliance with 11 USC 543(a)(b) and (c) and Related Requirements re: Creditor California Credit Union (Related Doc # 9) . (BKP) (Entered: 02/01/2013 at 10:46:59) |
| 02/05/2013 | 72 (7 pgs) | Notice of Presentation of Order. Description: *proposed Order Dismissing Chapter 11 Case and Authorizing Hearing on Shortened Time Regarding Same on 2/13/13* Filed by Robert L Carlton on behalf of California Credit Union. Presentment to be held on 2/13/2013 at 09:00 AM at Judge Lynch's Courtroom I, Union Station. (Carlton, Robert) Hearing Location Approved by Chambers on 2/6/2013 (Parham, Barbara). (Entered: 02/05/2013 at 16:21:40) |
| 02/07/2013 | | Notice to Court of Intent to Argue. Date of Hearing: |

| | | |
|---|---|---|
| | | 2/13/2013. Filed by Robert L Carlton on behalf of California Credit Union. (Related document(s)39 Motion to Dismiss Ch 7 11 12 9, 72 Notice of Presentation of Order). (Carlton, Robert) (Entered: 02/07/2013 at 11:06:37) |
| 02/07/2013 | | Claim owner modified from ABC Enterprises Inc to SJM Legacy Group LLC. Reason for Modification: Transfer of claim filed prior to claim. . (BKP) (Entered: 02/07/2013 at 11:13:49) |
| 02/07/2013 | 73 (1 pg) | Letter From Attorney to Judge: *Request for Telephonic Appearance at Hearing Scheduled for February 13, 2013 at 9:00 a.m.*. Filed by Robert L Carlton on behalf of California Credit Union. (Related document(s)72 Notice of Presentation of Order). (Carlton, Robert) (Entered: 02/07/2013 at 11:17:19) |
| 02/07/2013 | 74 (5 pgs) | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Carlton, Robert. Related document 39 (Entered: 02/07/2013 at 12:31:02) |
| 02/08/2013 | 75 (3 pgs) | Withdrawal of *Notice of Presentment of Proposed Order and Cancellation of Hearing Regarding Same*. Filed by Robert L Carlton on behalf of California Credit Union. (Related document(s)72 Notice of Presentation of Order). (Carlton, Robert) (Entered: 02/08/2013 at 09:31:12) |
| 02/08/2013 | 76 (5 pgs) | ORDER Dismissing Chapter 11 and Authorizing Hearing on Shortened Time Regarding Same (Related Doc # 39) Case Can Close: 3/1/2013. . (BKP) Text Modified on 2/8/2013 (Parham, Barbara). (Entered: 02/08/2013 at 11:06:39) |
| 02/08/2013 | 77 (1 pg) | Notice of Dismissal. Sent to the BNC for mailing to all creditors . (BKP) (Entered: 02/08/2013 at 11:07:35) |
| 02/10/2013 | 78 (4 pgs) | BNC Certificate of Notice (Related document(s)77 Notice of Dismissal). Notice Date 02/10/2013. (Admin.) (Entered: 02/11/2013 at 07:29:29) |
| 02/11/2013 | | Minutes. Hearing Not Held. Matter has been stricken from the calendar. (related document(s): 72 Notice of Presentation of Order Description Proposed order dismissing Chapter 11 case and Authorizing Hearing on Shortened Time regarding same on 2/13/13 filed by Robert L Carlton. (MS ) (Entered: 02/11/2013 at 11:37:19) |
| 03/04/2013 | | CLOSED CASE. Order Closing Case. An order dismissing |

14

|  |  | has been entered by the Court, and notice of the dismissal has been given to the debtor(s) and all creditors and all other required documentation having been entered; therefore, IT IS ORDERED that the within case be and the same is hereby closed . Mark L. Hatcher, Clerk . (CDB) (Entered: 03/04/2013 at 07:33:18) |
|---|---|---|